# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1804

_____

Joseph Eric Peluso, III,

        Appellant,

v.

T. C. Outlaw, Warden, FCI Forrest
City, AR,

        Appellee.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Eastern District of Arkansas.
\*
\*  [UNPUBLISHED]
\*
\*

_____

Submitted: November 27, 2009
Filed: December 3, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Joseph Peluso appeals the district court's[1] order dismissing his 28 U.S.C. § 2241 petition. Upon careful review of the record, we conclude dismissal was proper because Peluso's attacks on the validity of his sentence are properly brought pursuant to 28 U.S.C. § 2255 in the court which imposed his sentence. See Matheny v.

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the recommendation of The Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.

<u>Morrison</u>, 307 F.3d 709, 711 (8th Cir. 2002); § 2255(a). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____